UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DANIEL THOMAS | CIVIL ACTION 16-0387 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| CALDWELL CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including Plaintiff's Amended Complaint [Doc. No. 11], and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

**MONROE, LOUISIANA, this 10th day of August, 2016.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE